**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01355-CR

**BENJAMIN ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31815-86**

## ORDER

The Court **GRANTS** appellant's May 16, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TWENTY (20) DAYS** from the date of this order.

/s/     DAVID EVANS
         JUSTICE